UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. REED, | No. 2:20-cv-2373 WBS AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| R. PEERY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 17, 2022, plaintiff's first amended complaint ("FAC") was screened, and he was given the option either to proceed on the FAC as screened or to amend it. ECF No. 14 at 7. On May 25, 2022, plaintiff's notice indicating that he would like to amend the FAC was docketed. ECF No. 15. Therefore, plaintiff will be given the opportunity to do so.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file a second amended complaint.

DATED: June 7, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE